UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs,<br><br>RICHARD E. MARKS,<br><br>Defendant(s). | CR02-423C<br><br>**ORDER APPOINTING COUSEL** |

(1) Defendant filed a Motion to Appoint Counsel for an appeal of his conviction in the above captioned case. (Dkt No. 1112). The motion was referred to Judge Benton by the Honorable John C. Coughenour, United States District Judge. (Dkt. No. 1115).

(2) The defendant's motion is GRANTED.

(3) The Clerk is directed to send a copy of this Order to Criminal Justice Act panel and to the Honorable John C. Coughenour.

DATED this 23rd Day of May, 2005.

*/s/ M. Benton*

Monica J. Benton
United States Magistrate Judge