UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH E. ANDERSON, et al.,<br><br>Defendants. | CASE NO. CR02-423C<br><br>ORDER |

This matter comes before the Court on Defendant Richard Marks' Motion for Copies of Transcripts and Other Court Records (Dkt. No. 1152) and Defendant Lowell Wayne Anderson's Motion for Preparation/Delivery of Transcripts (Dkt. No. 1154).

Before he was appointed counsel, Defendant Marks requested that the Clerk send him copies of several documents and forward the entire trial transcript to the Court of Appeals for the Ninth Circuit. Because Defendant now is represented by counsel, the Court hereby STRIKES Defendant's motion as moot.

Defendant Lowell Wayne Anderson requests that the Clerk send him a complete copy of the trial transcript at no cost. Defendant has not filed a request to proceed In Forma Pauperis on appeal. Even if he had, however, IFP status would not exempt him from paying for a copy of the transcript without first

ORDER – 1

obtaining permission from the Court.  Defendant has not provided the Court with documentation of his inability to pay for the requested transcript.  Accordingly, the Court hereby DENIES Defendant's motion.

SO ORDERED this  1st  day of June, 2005.

/s/ John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 2